UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
: 
In re : Chapter 11
:
BEARINGPOINT, INC., *et al.* : Case No.: 09-10691 (REG)
:
Debtor. : (Jointly Administered)
:
------------------------------------------------------------------ X
:
JOHN DeGROOTE SERVICES LLC, :
:
Plaintiff, :
:
v. :
: Adversary No.: 11-01483 (REG)
AMERICAN EXPRESS TRAVEL RELATED :
SERVICES COMPANY, INC., :
:
Defendant. :
:
------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                           ) ss.:
COUNTY OF NEW YORK )

     Katerina Mantell, being duly sworn, deposes and says:

     1.     I am an employee of Curtis, Mallet-Prevost, Colt & Mosle, LLP, having offices at 101 Park Avenue, New York, New York 10178.  I am not a party to this action, am over 18 years of age, and reside in Bergen County, New Jersey.

     2.     On May 2, 2011, I caused to be served:

- *Notice of Appearance and Demand for Notices and Service of Papers* [Docket No. 3];

- *Statement of Corporate Ownership* [Docket No. 4]; and

9512367

- *Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint* [Docket No. 5].

upon the parties and at the addresses listed on **Exhibit A** attached hereto in the manner specified therein.

>                                         */s/ Katerina Mantell*
>                                         Katerina Mantell

Sworn to before me this
2nd day of May 2011

*/s/ James V. Drew*
Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02-DR6079092**
**Qualified in Queens County**
**Commission Expires August 12, 2014**

# EXHIBIT A

**BY FIRST CLASS MAIL AND E-MAIL**

**MCKOOL SMITH P.C.**
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
Attention: Peter S. Goodman
pgoodman@mckoolsmith.com

**MCKOOL SMITH P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Attention: Robert Manley
rmanley@mckoolsmith.com

**MCKOOL SMITH P.C.**
600 Travis, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Attention: Basil A. Umari
bumari@mckoolsmith.com

**MCKOOL SMITH P.C.**
600 Travis, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Attention: Nicholas Zugaro
nzugaro@mckoolsmith.com

9512367